In re Estate of Daniel M. Jackson, deceased.
Claims of Harry E. Strickland and Kathryn Strickland for the use of William G. Packard, appellees, v. Charles S. Jackson, as executor of the estate of Daniel M. Jackson, deceased, appellant. Gen. No. 37,682.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935.

Harry Smitz, for appellant; Victor P. Frank, of counsel. Charles W. Lamborn, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Herman H. Goodfriend, plaintiff in error, v. Gustav Pollock, defendant in error. Gen. No. 37,694.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935.

Ben A. Stewart and Benj. F. Cohn, for plaintiff in error; Ode L. Rankin, of counsel. Sidney S. Pollack and Benjamin Levering, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

J. A. Kelpsch, defendant in error, v. Mary Noreiko, plaintiff in error. Gen. No. 37,699.

Heard in the second division of this court for the first district at the December term, 1934. Opinion filed May 24, 1935.

Thomas J. Doyle, for plaintiff in error; John B. Fruchtl, of counsel. Hummer & Hummer, for defendant in error; Robert J. Hummer, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

David Ruttenberg et al., appellees, v. United States Fidelity and Guaranty Company, appellant. Gen. No. 37,834.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935.

McKenna, Harris & Schneider and Henry H. Koven, for appellant; James J. McKenna and Henry H. Koven, of counsel. Irving Breakstone, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Tony Masinski and Katie Masinski, appellees, v. Tom Dulak and Walter H. Fisher, appellants. Gen. No. 37,905.